UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:08-80759-CIV-MARRA/JOHNSON

WILLIAM B. FISCH, SUNIL )
KAPILASHRIMI, PAUL J. HELLMAN, BETTY )
L. PICKENS, AND PHYLLIS REGAN, )
individually and on behalf of all others )
similarly situated, )
)
                Plaintiffs, )
)
v. )
)
SUNTRUST BANKS, INC., SUNTRUST )
BANK, ROBERT M. BEALL, II, J. HYATT )
BROWN, ALSTON D. CORRELL, JEFFREY )
C. CROWE, THOMAS C. FARNSWORTH, )
JR., PATRICIA C. FRIST, BLAKE P. )
GARRETT, JR., DAVID H. HUGHES, L. )
PHILLIP HUMANN, E. NEVILLE ISDELL, )
M. DOUGLAS IVESTER, J. HICKS LANIER, )
G. GILMER MINOR, III, LARRY L. PRINCE, )
FRANK S. ROYAL, JAMES M. WELLS, III, )
KAREN HASTIE WILLIAMS, PHAIL )
WYNN, JR., SUNTRUST BANKS, INC. )
BENEFITS PLAN COMMITTEE, INGRID )
EMMONS, DONNA D. LANGE and JOHN )
DOES 1-10, )
)
                Defendants. )
                                            )

## TRANSFER ORDER

THIS MATTER is before the Court upon the parties' Joint Motion to Transfer Venue to the United States District Court for the Northern District of Georgia, Atlanta Division pursuant to 28 U.S.C. § 1404(a). The Court has considered the Joint Motion and its supporting materials and is fully advised in the premises. The Court finds that transfer of this matter to the United

States District Court for the Northern District of Georgia, Atlanta Division would convenience the parties and witnesses and would serve the interests of justice. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. The parties' Joint Motion to Transfer Venue to the United States District Court for the Northern District of Georgia, Atlanta Division pursuant to 28 U.S.C. § 1404(a) (case 08-80759 DE 15; case 08-80960 DE 11) is GRANTED.

2. The consolidated case <u>William B. Fisch, Sunil Kapilashrimi, Paul J. Hellman, Betty L. Pickens and Phyllis Reagan, individually and on behalf of all others similarly situated v. SunTrust Banks, Inc., et al.</u>, 9:08-80759-CIV-Marra/Johnson, shall be transferred to the United States District Court for the Northern District of Georgia, Atlanta Division.

3. Defendants' Motions to Transfer Venue filed in <u>William B. Fisch and Sunil Kapilashrimi, individually and on behalf of all others similarly situated v. SunTrust Banks, Inc. et al.</u>, Case No. 9:08-80759-CIV-Marra/Johnson and <u>Paul J. Hellman, Betty L. Pickens and Phyllis Reagan, individually and on behalf of all others similarly situated v. SunTrust Banks, Inc., et al.</u>, Case No. 9:08-80960-CIV-Marra prior to consolidation are a DENIED AS MOOT and Plaintiffs shall have no duty to respond to those Motions.

4. Plaintiffs shall have thirty (30) days from the effective date of the transfer of this case to the United States District Court for the Northern District of Georgia, Atlanta Division to amend their complaint or file a brief in opposition to Defendants' motion to dismiss, unless otherwise ordered by that Court.

5. The Clerk is DIRECTED to transmit the case file and certified copies of this Order and the docket sheet to the United States District Court for the Northern District of Georgia, Atlanta Division.

6. Upon acknowledgement of receipt of those materials by the United States District Court for the Northern District of Georgia, Atlanta Division, the Clerk is directed to deny all pending motions as moot and to administratively close this case.

IT IS SO ORDERED.

Dated: October 24, 2008

Honorable Kenneth A. Marra
United States District Judge