IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

1:08-CV-3384

No. 11-90001-A

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 1 4 2011
JOHN LEY
CLERK
```

```
FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
APR 1 8 2011
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk
```

SUNTRUST BANKS, INC., Suntrust Bank,
ALSTON D. CORRELL,
DAVID H. HUGHES,
L. PHILLIP HUMANN,
E. NEVILLE ISDELL,
M. DOUGLAS IVESTER,
J. HICKS LANIER,
G. GILMER MINOR,
LARRY I. PRINCE,
FRANK S. ROYAL,
JAMES M. WELLS, III,
SUNTRUST BANKS, INC. BENEFITS PLAN COMMITTEE,
DONNA D. LANGE,
and John Does 1-10,
FRANCES L. BREEDEN,
DAVID F. DIERKER,
THOMAS G. KUNTZ,
GREGORY L. MILLER,
CHRISTOPHER J. SHULTS,
KENNETH HOUGHTON,
JEROME T. LIENHARD, II,
STEVE CASTLE,
SUNTRUST BOARD OF DIRECTORS,
SUNTRUST INVESTMENT SUB-COMMITTEE,
MARK A. CHANCY,
THOMAS E. PANTHER,
BENEFITS PLAN COMMITTEE OF SUNTRUST BANKS, INC. 401(K) PLAN,
THE COMPENSATION COMMITTEE,
JOHN DOES 1-10,

WILLIAM H. ROGERS, JR.,

                Petitioners,

versus

WILLIAM B. FISCH,
and
SUNIL KAPILASHRIMI,
and, individually and on behalf of all others similarly situated,
DANIELLE CLAY,
DENNIS ERWIN,
DONNA SMOTHERMON, et al.,

                Respondents.

---

No. 11-90002-A

---

WILLIAM B. FISCH, and,
SUNIL KAPILASHRIMI,
and, individually and on behalf of all others similarly situated,
DANIELLE CLAY,
DENNIS ERWIN,
DONNA SMOTHERMON,
CHRYS TRAU,
PAUL J. HELLMAN,
BETTY L. PICKENS,
PHYLLIS REAGAN,
DEMETRIA WHISBY,

                Petitioners,

versus

SUNTRUST BANKS, INC., Suntrust Bank,
ALSTON D. CORRELL,
DAVID H. HUGHES,
L. PHILLIP HUMANN,
E. NEVILLE ISDELL, et al.,

Respondents.

On Petition for Permission to Appeal from the United States District Court for the Northern District of Georgia

Before EDMONDSON, HULL, and MARTIN, Circuit Judges.

BY THE COURT:

The petitions for permission to appeal in both Cases 11-90001-A and 11-90002-A, are GRANTED. Plaintiffs-Petitioners' motion to file a corrected petition for permission to appeal, in Case 11-90002, is GRANTED.