**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re SunTrust Banks, Inc. ERISA Litigation** | **No. 1:08-cv-03384-RWS** |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

COME NOW, Plaintiffs in the above-referenced action, pursuant to Local Rule 26.3A, and certify that they have on this day served Plaintiffs' Updated Initial Disclosures upon all Defendants via electronic mail.

Dated:  October 1, 2015

Respectfully submitted by:

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**

/s/ *Mark K. Gyandoh*
Edward W. Ciolko
Donna Siegel Moffa
Mark K. Gyandoh
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
(610) 667-7056 (fax)
eciolko@ktmc.com
dmoffa@ktmc.com
mgyandoh@ktmc.com
jsjohnson@ktmc.com

1

**STULL, STULL & BRODY**
Edwin J. Mills
Michael J. Klein
6 East 45th Street
New York, New York 10017
(212) 687-7230
(212) 490-2022 (fax)
emills@ssbny.com
mklein@ssbny.com

**SQUITIERI & FEARON, LLP**
Stephen J. Fearon, Jr.
32 East 57th Street, 12th Floor
New York, New York 10022
(212) 421-6492
(212) 421-6553 (fax)
stephen@sfclasslaw.com

*Interim Co-Lead Class Counsel*

**HOLZER & HOLZER, LLC**
Corey D. Holzer
Ga. Bar No. 364698
Marshall P. Dees, GA Bar No. 105776
mdees@holzerlaw.com
200 Ashford Center North, Suite 300
Atlanta, Georgia 30338
(770) 392-0090
(770) 392-0029 (fax)
cholzer@holzerlaw.com
mdees@holzerlaw.com

*Interim Liaison Class Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October 2015, the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all counsel of record.

/s/ <i>Mark K. Gyandoh</i>
Mark K. Gyandoh
